# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.                                                                  **CRIMINAL COMPLAINT**

Patricia Yannet Cornwall                        Case Number: 1:21-MJ-1215

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 23, 2021 in Clayton County, in the Northern District of Georgia and elsewhere, defendant(s) did, on an aircraft in the special aircraft jurisdiction of the United States, assault by striking, beating, or wounding R.S.M.,

in violation of Title 18, United States Code, Section(s) 113(a)(4) and Title 49, United States Code, Section 46506(1).

I further state that I am a(n) Task Force Officer and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Rudyard Jarrard

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| December 24, 2021 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Paul Jones
Paul.Jones@usdoj.gov

I, Rudyard Jarrard, depose and say under penalty of perjury:

1. I make this affidavit in support of a criminal complaint charging PATRICIA YANNET CORNWALL (hereafter CORNWALL) with a violation of Title 18, United States Code, Section 113(a)(4), Assault that occurred within the Special Aircraft Jurisdiction of the United States (Title 49, United States Code, Section 46506(1)).

2. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been so employed since January 2021. I am currently assigned to the Hartsfield-Jackson Atlanta International Airport (ATL) Office of the FBI, where I investigate violations of Federal law which occur within the airport and onboard commercial aircraft.

3. Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe that on December 23, 2021, while aboard Delta Airlines flight 2790, from Tampa, Florida (TPA) to Atlanta, Georgia (ATL), CORNWALL assaulted passenger R.S.M. while in flight.

4. On December 23, 2021, after flight 2790 landed, Atlanta Police Department (APD) Officers met flight 2790 at its gate of arrival, at the request of Delta Airlines. Delta Airlines representatives and R.S.M. advised APD officers that he was assaulted during the flight by another passenger, CORNWALL. CORNWALL was detained after the plane landed. R.S.M. was interviewed telephonically by your affiant and R.S.M. stated the following:

    a. R.S.M. was seated in 37C when he got into a verbal and physical altercation with CORNWALL. R.S.M. stated CORNWALL was returning from the restroom from the rear of the aircraft when she encountered the flight attendant and beverage cart blocking the aisle. CORNWALL asked the flight attendant to help her find her seat to which the flight attendant asked CORNWALL to find an open seat until beverage service was complete as the flight was approximately an hour in length.
    b. CORNWALL responded to the flight attendant "What am I Rosa Parks?" R.S.M. advised the beverage cart and flight attendant were at his row and R.S.M. believed CORNWALL'S comment was inappropriate and he responded to CORNWALL that she "isn't black….this isn't Alabama and this isn't a bus".
    c. R.S.M. advised CORNWALL then turned her attention towards R.S.M. R.S.M. stated he told CORNWALL to "sit down Karen" to which CORNWALL responded, "sit down pussy". Additional derogatory comments were made by both parties involved. CORNWALL then struck R.S.M. with a closed fist, striking R.S.M. about the head, causing visible injury. CORNWALL then spit in R.S.M.'s face and head area.
    d. R.S.M. advised that CORNWALL was taken by flight security and restrained for the remainder of the flight.

5. A passenger made a cell phone video of some of the interaction between CORNWALL and R.S.M. I have seen the video, and it corroborates the information that R.S.M. provided. Additionally, the video shows CORNWALL striking R.S.M. in the face.

Based on the facts set forth above, I respectfully submit that there exists probable cause to charge PATRICIA YANNET CORNWALL with violation of Title 18, United States Code, Section 113(a)(4), in that PATRICIA YANNET CORNWALL did assault by striking, beating, or wounding R.S.M. in the special aircraft jurisdiction of the United States.

# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Patricia Yannet Cornwall | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number:  1:21-MJ-1215 |

TO:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Patricia Yannet Cornwall

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with:  on an aircraft in the special aircraft jurisdiction of the United States, assaulting by striking, beating, or wounding R.S.M.

in violation of 18, United States Code, Section(s) 113(a)(4) and Title 49, United States Code, Section 46506(1).

| | |
|---|---|
| JUSTIN S. ANAND<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| <br>Signature of Issuing Officer | December 24, 2021<br>Atlanta, Georgia<br>Date and Location |

Bail Fixed at $_____   by _____
                                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____        _____
                                                                            Name and Title of Arresting Officer

Date of Arrest:_____        _____
                                                                            Signature of Arresting Officer