# United States District Court
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

Patricia Yannet Cornwall

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:21-MJ-1215

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Patricia Yannet Cornwall

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: on an aircraft in the special aircraft jurisdiction of the United States, assaulting by striking, beating, or wounding R.S.M.

in violation of 18, United States Code, Section(s) 113(a)(4) and Title 49, United States Code, Section 46506(1).

| | |
|---|---|
| JUSTIN S. ANAND | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | December 24, 2021 |
| | Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____      _____
                                       Name and Title of Arresting Officer

Date of Arrest:_____      _____
                                       Signature of Arresting Officer